Emma Smith, Respondent, v. Isabella F. Cassidy and County Trust Company, as Administrators with the Will Annexed of Mary A. Bevan, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

George L. Strohmann, Respondent, v. Frederick J. W. Bursch Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Schun* v. *Brooklyn Heights R. R. Co.* (82 App. Div. 560). Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Nora Sweeney, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order of the County Court of Kings county setting aside and vacating judgment and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Percy A. Tomes, Respondent, v. Alexander A. Klebold, Appellant, Impleaded with Robert Pirie, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Rosa Absalon, Respondent, v. Rudolph Sickinger, Defendant.— Motion to dismiss appeal denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Eliza Gutlin, Respondent, v. Herman Gutlin, Appellant.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on Tillary, Bridge and Lawrence Streets, in the Borough of Brooklyn in the City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of Cuthbert W. Jewell for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of Lucretia S. Peer and Another, as Trustees, etc., of William H. Peer, Late of the County of Kings, Deceased, for the Payment of Award, etc.— Motion granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

William Kramer, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Sanford Dairy Company, Respondent, v. Milton L. Sanford, Appellant.—Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

American Cereal Company, Respondent, v. Henry Scherl, Appellant.— Motion for extension of time to file return denied. Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Walter Shaw Brewster, Respondent, v. John De Courcy Ireland, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Brooklyn Heights Realty Company, Respondent, v. George J. Bascom, Appellant, Impleaded with William K. Kurtz, etc.— As the questions can be reviewed by the Court of Appeals on appeal from the final judgment, the motion to appeal to the Court of Appeals from the interlocutory judgment is denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.